UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORIGINAL

Christopher Saint Jour

_____

_____
                Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES____✓____    NO_____

-against-

Nizom Tura Shield No. 20732
Paul Mallio Shield No. 13570
Detective JOHN DOE
Officer JANE DOE

_____

_____
            Defendant(s).

RECEIVED

OCT 28 2025

[Insert full name(s) of defendant(s).  If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants.  The
names listed above must be identical to those listed in Part I]

I.    **Parties**: (In item A below, place your name in the first blank and provide your present
      address and telephone number.  Do the same for additional plaintiffs, if any.)

      A.  **Name of plaintiff** Christopher Saint Jour _____

      If you are incarcerated, provide the name of the facility and address:

      _____

      _____

      _____

      Prisoner ID Number: _____

1

REC'D IN PRO SE OFFICE
OCT 28 '25 AM 11:33

If you are not incarcerated, provide your current address:

21-10 Borden Ave,
Long Island City, NY 11101

Telephone Number: 917-794-5323

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Nizom Tura Shield No.
**Full Name**
20732
**Job Title**
Police Officer for the City of New York

**Address**

Defendant No. 2

Paul Mallilo Shield No. 13570
**Full Name**
Police Officer for the City of New York
**Job Title**

**Address**

Defendant No. 3

Detective JOHN DOE
**Full Name**
Police Detective for the City of New York
**Job Title**

· ACFrOgB-yItgblZf_yTQcg2bAyMV2FXKsWzDhlpjMt6tgY...    https://doc-10-88-apps-viewer.googleusercontent.com/viewer/s...

_____
Address

Defendant No. 4

Officer JANE DOE
Full Name

Police Officer for the City of
Job Title

New York

_____
Address

Defendant No. 5

_____
Full Name

_____
Job Title

_____

_____
Address

## II.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? 5324 Ave L Brooklyn, NY 11234, Kings County Brooklyn

When did the events happen? (include approximate time and date) August 6, 2023 at 4pm

3

ACFrOgB-yItgblZf_yTQcg2bAyMV2FXKsWzDhlpjMt6tgY...          https://doc-10-88-apps-viewer.googleusercontent.com/viewer/s...

Facts: (what happened?) *As follows on Seperate pages*

**II.A.    Injuries.**      If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

*As follows on Seperate pages*

4

. ACFrOgB-yItgblZf_yTQcg2bAyMV2FXKsWzDhlpjMt6tgY...          https://doc-10-88-apps-viewer.googleusercontent.com/viewer/s...

_____

_____

_____

**III.     Relief:** State what relief you are seeking if you prevail on your complaint.

*As follows on Seperate Pages* _____

_____

_____

_____

_____

I declare under penalty of perjury that on *10/27/2025*, I delivered this
                                                    (date)
complaint to prison authorities at _____ to be mailed to the United
                                          (name of prison)
States District Court for the Eastern District of New York.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: *10/28/2025*          _____
                             Signature of Plaintiff

*21-10 Borden Ave, Long Island City, NY 11101*
Name of Prison Facility or Address if not incarcerated

_____

_____

Address

_____

Prisoner ID#

rev. 12/1/2015

5

## JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28. U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202.
2. The Eastern District of New York is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## JURY DEMAND

3. This action seeks money damages because of local law enforcement officers' participation in plaintiff's wrongful deprivation of Plaintiff's rights. Plaintiff alleges that all the defendants acted under color of state law and violated plaintiff's rights under the Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States.

## PARTIES

4. Plaintiff is an individual who resides at 21-10 Borden Ave, Long Island City, NY 11101
5. Defendant Nizom Tura Shield No.20732 is a Police Officer employed by the City of New York. At all times relevant hereto, he acted both on his own and at the direction of Defendant Sergeant Paul Mallilo Shield No.13570 and in concert with other Defendants and under color of state law. He is sued both in his individual and official capacities.
6. Defendant Paul Mallilo Shield No.13570 is a Police Officer employed by the CIty of New York. At all relevant times hereto, he acted both on his own and in concert with other Defendants. He is sued both in his individual and official capacities.
7. Detective JOHN DOE who worked at the 63rd precinct on August 6, 2023, is a detective employed by the City of New York. At all times relevant hereto acted on his own and under color of state law. He is sued both in his individual and official capacities.
8. Defendant Officer JANE DOE who was present at the scene on August 6, 2023, along with Defendants Nizom Tura Shield No.20732 and Paul Mallilo Shield No.13570. At all relevant times hereto, acted on her own and at the direction of Defendant Paul Mallilo Shield No.13570 and in concert with other Defendants and under color of state law. She is sued in her individual and official capacities.
9. Each defendant is sued individually and in his and her official capacity. At all times mentioned in this complaint, each defendant acted under the color of state law.

' ACFrOgDIWDk43KQj0Biuul0VD6wpgCtnK3-VZRbpvFp9...          https://doc-00-88-apps-viewer.googleusercontent.com/viewer/s...

**Facts:**

1. On August 6, 2023, plaintiff was inside of his private home. Members of the New York City Police Department knocked on plaintiff's door. Upon request from the officers the plaintiff lets the officers inside.
2. Officers claim they are conducting a welfare check on the plaintiff and waiting for Emergency Medical Services to perform questioning on the plaintiff.
3. Emergency Medical Services then perform questioning on the plaintiff.
4. Emergency Medical Services concluded their questioning with the members of the New York City Police Department and left.
5. Without new voluntary consent or warrant the Officers remained in the plaintiff's home.
6. At this time, more officers began entering the plaintiff's home without new consent or being in possession of a warrant.
7. Without being in possession of a warrant, Officer Nizom Tura, Shield No.20732 took the plaintiff into custody.
8. Violating the privacy of the plaintiff, Detective JOHN DOE who worked at the 63rd precinct on August 6, 2023, took mug shot photos of the plaintiff from a cell phone in an interrogation room at the precinct.
9. The defendant Officer Nizom Tura, Shield No.20732 drafted, signed under penalty of perjury and filed in the Kings County Criminal Court a criminal complaint falsely accusing plaintiff of numerous misdemeanor and felony crime.
10. As a result of the defendants Nizom Tura, shield No.20732, and Sergeant Paul Mallilo Shield No.13570 false accusations, the plaintiff was incarcerated for twenty-three months from August 6, 2023 – July 14, 2025, and a family member was required to post bail for the plaintiff to be released from jail.
11. Without being in possession of a warrant, Officers conducted an unlawful search and seizure of the plaintiff's home.

**Injuries:**

**AS AND FOR A FIRST CAUSE OF ACTION**

**(FOURTH AMENDMENT VIOLATION)**

12. The conduct of the defendants violated the plaintiff's right to be free of unreasonable searches and seizures in violation of the Fourth Amendment to the United States Constitution.
13. As a direct and proximate result of the unlawful acts of the defendants described herein, the plaintiff has incurred economic damage including loss of education, a loss of gainful employment and damage to his reputation all to plaintiff's damage in

an amount which exceeds the jurisdictional monetary threshold of the Court, the specific amount to be proven at trial, plus reasonable attorneys' fees, costs and disbursements.

14. The defendants acted willfully, maliciously and/or with reckless disregard of the consequences of their actions. Accordingly, plaintiff is entitled to an award of punitive damages.

## AS AND FOR A SECOND CAUSE OF ACTION

## (FITFTH AMENDMENT VIOLATION)

15. Plaintiff repeats and realleges each and every allegation contained in the paragraphs previously set forth.

16. The conduct of the defendants violated plaintiff rights against self incrimination, and due process of law in violation of the Fifth Amendment to the United States Constitution.

17. As a direct and proximate result of the unlawful acts of the defendants described herein, the plaintiff has incurred economic damage including loss of education, a loss of gainful employment and damage to his reputation all to plaintiff's damage in an amount which exceeds the jurisdictional monetary threshold of the Court, the specific amount to be proven at trial, plus reasonable attorneys' fees, costs and disbursements.

18. The defendants acted willfully, maliciously and/or with reckless disregard of the consequences of their actions. Accordingly, plaintiff is entitled to an award of punitive damages.

## AS AND FOR A THIRD CAUSE OF ACTION

## (FOURTEENTH AMENDMENT VIOLATION)

19. Plaintiff repeats and realleges each and every allegation contained in the paragraphs previously set forth.

20. The conduct of the defendants deprived the plaintiff of his right to due process of law and equal protection of the laws in violation of the Fourteenth Amendment to the United States Constitution.

21. As a direct and proximate result of the unlawful acts of the defendants described herein, the plaintiff has incurred economic damage including a loss of education, loss of gainful employment and damage to his reputation all to plaintiff's damage in an amount which exceeds the jurisdictional monetary threshold of the Court, the

specific amount to be proven at trial, plus reasonable attorneys' fees, costs and disbursements.

22. The defendants acted willfully, maliciously and/or with reckless disregard of the consequences of their actions. Accordingly, plaintiff is entitled to an award of punitive damages.

**AS AND FOR A FOURTH CAUSE OF ACTION**

**(NEW YORK STATE CONSTITUTIONAL TORT)**

23. Plaintiff repeats and realleges each and every allegation contained in the paragraphs previously set forth.

24. The conduct of the defendants deprived the plaintiff of his right to equal protection of the laws in violation of Article 1 section 11 of the New York State Constitution.

25. As a direct and proximate result of the unlawful acts of the defendants described herein, the plaintiff has incurred economic damage including loss of education, a loss of gainful employment and damage to his reputation all to plaintiff's damage in an amount which exceeds the jurisdictional monetary threshold of the Court, the specific amount to be proven at trial, plus reasonable attorneys' fees, costs and disbursements.

26. The defendants acted willfully, maliciously and/or with reckless disregard of the consequences of their actions. Accordingly, plaintiff is entitled to an award of punitive damages.

**AS AND FOR A FIFTH CAUSE OF ACTION**

**(NEW YORK STATE CONSTITUTIONAL TORT)**

27. Plaintiff repeats and realleges each and every allegation contained in the paragraphs previously set forth.
The conduct of the defendants violated the plaintiff his right to be free of unreasonable searches and seizures in violation of Article 1 section 12 of the New York State Constitution.

28. As a direct and proximate result of the unlawful acts of the defendants described herein, the plaintiff has incurred economic damage including loss of education, a loss of gainful employment and damage to his reputation all to plaintiff's damage in an amount which exceeds the jurisdictional monetary threshold of the Court, the specific amount to be proven at trial, plus reasonable attorneys' fees, costs and disbursements.

· ACFrOgDIWDk43KQj0Biuul0VD6wpgCtnK3-VZRbpvFp9...    https://doc-00-88-apps-viewer.googleusercontent.com/viewer/s...

29. The defendants acted willfully, maliciously and/or with reckless disregard of the consequences of their actions. Accordingly, plaintiff is entitled to an award of punitive damages.

## AS AND FOR A SIXTH CAUSE OF ACTION

### (False Imprisonment)

30. Plaintiff repeats and realleges each and every allegation contained in the paragraphs previously set forth.

31. As a direct and proximate result of the unlawful and intentional acts of the defendants described herein caused plaintiff to suffer prolonged incarceration, economic damage including a loss of education, loss of gainful employment and continues to suffer from severe and disabling shock, distress, anguish, sorrow, depression and loss of enjoyment of life.

32. The defendants acted maliciously and with specific intent to oppress and harm plaintiff and/or with reckless disregard of the consequences of his actions, and as a result plaintiff is entitled to damages in an amount which exceeds the jurisdictional monetary threshold of the Court, the specific amount to be proven at trial.

## AS AND FOR A SEVENTH CAUSE OF ACTION

### (Intentional Infliction of Emotional Distress)

33. Plaintiff repeats and realleges each and every allegation contained in the paragraphs previously set forth.
As a direct and proximate result of the unlawful and intentional acts of the defendants described herein plaintiff suffered economic damage including a loss of education, loss of gainful employment and continues to suffer from severe and disabling shock, distress, anguish, sorrow, depression and loss of enjoyment of life.

34. The aforesaid psychological injuries sustained by plaintiff were caused wholly by reason of the intentional, reckless and/or negligent acts of the defendants as described herein.

35. The defendants acted maliciously and with specific intent to oppress and harm plaintiff and/or with reckless disregard of the consequences of his actions, and as a result plaintiff is entitled to damages in an amount which exceeds the jurisdictional monetary threshold of the Court, the specific amount to be proven at trial.

**PRAYER FOR RELIEF:**

**WHEREFORE,** plaintiff respectfully requests that this Court enter Judgment:

ACFr©gDIWDk43KQj0Biuul0VD6wpgCtnK3-VZRbpvFp9...    https://doc-00-88-apps-viewer.googleusercontent.com/viewer/s...

- Returning plaintiff to the financial standing for the value of tuition costs, and reimbursements for financial aid that was lost for the school years during the prolonged incarceration.
- Awarding the full amount of compensatory damages as plaintiff prove at trial against all defendants jointly and severally;
- Awarding the full amount of punitive damages as the jury determines to be appropriate;
- Awarding reasonable attorneys' fees, costs and disbursements; and
- Granting such other and further relief as to the Court seems just and proper.